IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LAURENCE LOVEJOY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 3:19-cv-00016-SMY |
| | ) |
| DR. MOHAMMED SIDDIQUI, and | ) |
| MICHAEL MOLDENHAUER, | ) |
| | ) |
| Defendants. | ) |

# ORDER

This matter is before the Court on Defendants' Motion to Compel Discovery Responses. (Doc. 94). Defendants seek an Order compelling Plaintiff to respond to Interrogatories and Requests for Production of Documents served on December 22, 2020. Under Federal Rules of Civil Procedure 33 and 34, Plaintiff's responses to the discovery are overdue. Plaintiff has not filed a response to Defendants' motion.[1]

Accordingly, Defendants' Motion to Compel Discovery Responses is **GRANTED**. Plaintiff is **ORDERED** to respond to the Interrogatories and Requests for Production of Documents served on December 22, 2020 within 14 days of the date of this Order. Plaintiff is warned that his failure to respond to this discovery as ordered may result in sanctions, including dismissal. See, Federal Rules of Civil Procedure 37(a)(3)(A).

**IT IS SO ORDERED.**

DATED: March 30, 2021            *s/ Staci M. Yandle*
                                 **STACI M. YANDLE**
                                 **United States District Judge**

---

[1] Under SDIL Local Rule 7.1(g), a party's "[f]ailure to timely file a response to a motion may, in the Court's discretion, be considered an admission of the merits of the motion."